# United States District Court
## For The Western District of North Carolina
## Statesville Division

FILED
STATESVILLE, N.C.

AUG 3 1 2005

U.S. DISTRICT COURT
W. DIST. OF NC

THERESA C. BROOKS AND
CHRISTOPHER L. BROOKS,

    Plaintiff(s),

vs.

CHRYSLER FINANCIAL COMPANY, LLC,
BOONE TRAIL AUTOHAUS, INC., AND
GEORGE McKINNEY,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:05CV36

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 31, 2005, Order.

August 31, 2005

FRANK G. JOHNS, CLERK

BY: *Carolyn B. Bouchard*

Carolyn Bouchard, Deputy Clerk